**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

ANDREA LORRAINE MYERS,

        Plaintiff,

v.

CASE NO. 2:15-cv-12873

HON. MARIANNE O. BATTANI

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION;
GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT; DENYING THE
COMMISSIONER'S MOTION FOR SUMMARY JUDGMENT; AND
<u>REMANDING TO THE COMMISSIONER FOR FURTHER CONSIDERATION</u>**

Plaintiff Andrea Lorraine Myers has brought this action challenging the

Commissioner of Social Security's final decision denying her application for Disability

Insurance Benefits and Supplemental Security Income under the Social Security Act.

The case was referred to Magistrate Judge R. Steven Whalen pursuant to 28 U.S.C. §

636(b)(1).  Both parties filed dispositive motions, and in a Report and Recommendation

("R&R") dated September 27, 2016, Magistrate Judge Whalen recommended that

Plaintiff's Motion for Summary Judgment be granted and that the Commissioner's

Motion for Summary Judgment be denied.  (Doc. 23).

In the R&R, the Magistrate Judge informed the parties that objections to the R&R

needed to be filed within fourteen days of service and that a party's failure to file

1

objections would waive any further right of appeal.  (Id., pp. 21-22).  Neither party has

filed objections.  Because no objections have been filed in this case, the parties waived

their right to *de novo* review and appeal.  Accordingly, the Court **ADOPTS** the

Magistrate Judge's Report and Recommendation (Doc. 23), **GRANTS** Plaintiff's Motion

for Summary Judgment (Doc. 15), and **DENIES** the Commissioner's Motion for

Summary Judgment (Doc. 19).  The Court therefore **REMANDS** Plaintiff's claim to the

Commissioner for further administrative proceedings consistent with the R&R.

**IT IS SO ORDERED.**

Date:   January 19, 2017                                  s/Marianne O. Battani
                                                          MARIANNE O. BATTANI
                                                          United States District Judge


<u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on January 19, 2017.

                                                          s/ Kay Doaks
                                                          Case Manager